# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00036-CV

### Yong Yu and Chao Qun Restaurant Group, LLC, Appellants

**v.**

### Chao-Qun Lu, Mei Hua You, Rong Di Lu, and Chang Le Restaurant, LLC, Appellees

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-006966, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In this interlocutory appeal from the trial court's order denying their motion to compel arbitration, appellants have filed a motion to stay the underlying proceedings. Subsequently, appellees filed a response objecting to the request for a stay.

Having reviewed the motion, the response, and the accompanying exhibits, we grant appellants' motion and stay the underlying proceeding until disposition of this appeal or further order from this Court. *See* Tex. R. App. P. 29.3 (authorizing appellate court to make temporary orders in interlocutory appeal to preserve parties' rights until disposition of appeal); *see also* Tex. Civ. Prac. & Rem. Code § 171.025(a) (requiring court to stay proceeding involving issue subject to arbitration if application for order is made under subchapter).

It is ordered on February 23, 2022.

Before Justices Goodwin, Baker, and Triana